**SO ORDERED.**

**SIGNED this 9 day of August, 2017.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

                                                        **CHAPTER 13**

**BENITA W. SCOTT,**                       **CASE NO. 16-05196-5-SWH**
      **DEBTOR**

### CONSENT ORDER

      **THIS CAUSE** coming before the Court upon the Motion for Relief From Automatic Stay, (the "Motion"), filed by the Wake County Board of Education, ("Movant"), and Debtor's response thereto.

      **AND IT APPEARING TO THE COURT** that the Debtor and the Movant have consented to resolve this matter and request the entry of this Consent Order based upon the following:

      **NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Movant shall be granted Relief From the Automatic Stay for the limited purpose of pursing its claims against forfeited bonds as described in the Motion. The Movant shall not pursue any judgment against the Debtor personally and shall not pursue collection of any judgments rendered regarding the forfeited bonds as described in the Motion against the Debtor outside of this Bankruptcy Proceeding, except that is may execute on any bond forfeiture ordered by the Wake Court Superior Court through the funds held or retained by the North Carolina Department of Insurance. To the extent that the Debtor owes any amount to the Movant after any bond forfeiture is paid through the funds held or retained by the North Carolina Department of Insurance , Movant shall have sixty days from execution of said bond forfeiture to file a general unsecured claim in this case of payment of the same.

Continued on Page 2

Case Number 16-05196-5-SWH
Benita W. Scott
Consent Order

**CONSENTED TO:**

| | |
|---|---|
| **S/John F. Logan** | **S/Danny Bradford** |
| **John F. Logan, N.C. Bar No. 12743** | **Danny Bradford, N.C. Bar No. 23011** |
| **CHAPTER 13 TRUSTEE** | **ATTORNEY FOR DEBTOR** |
| Post Office Box 61039 | 455 Swiftside Drive |
| Raleigh, North Carolina 27661-1039 | Cary, North Carolina 27518 |
| (919)876-1355 | (919)758-8879 |
| | Dbradford@bradford-law.com |

**S/Rod Malone**
**Rod Malone, N.C. Bar No. 16728**
**ATTORNEY FOR MOVANT**
P.O. Box 1151
Raleigh, North Carolina 27602-1151
(919)821-4711
rmalone@tharringtonsmith.com

END OF DOCUMENT