# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 16-05196-5-SWH
Judge: STEPHANI W. HUMRICKHOUSE
Dated: May 17, 2018

In Re:

BENITA W SCOTT
9052 CHELSEA DRIVE
RALEIGH, NC  27603

SSN (1): XXX-XX-8305

**TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF**

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court.  If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtor and counsel for the debtor.  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on October 04, 2016 and confirmed on July 27, 2017.
   The case was subsequently dismissed on April 03, 2018.

2. The amount paid to the Trustee by or on behalf of the debtor was $76,122.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---:|---:|---:|---:|
| BROCK & SCOTT, PLLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BROCK & SCOTT, PLLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCHRONY BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SPECIALIZED LOAN SERVICING, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| UNITED STATES DEPT. OF EDUCATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| THEODORE A. NODELL, JR. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLEGHENY CASUALTY COMPANY | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | UNSECURED | $178,570.27 | $0.00 | $0.00 | $178,570.27 |
| ALLEGHENY CASUALTY COMPANY | UNSECURED | $10,821.39 | $0.00 | $0.00 | $10,821.39 |
| WELLS FARGO BANK, N.A. | SECURED - ONGOING MTG | $0.00 | $56,259.67 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | ARREARS MORTGAGE | $92,660.74 | $15,098.74 | $0.00 | $77,562.00 |
| US DEPT. OF EDUCATION-GREAT LAKES | UNSECURED - STUDENT LOAN | $145,211.24 | $0.00 | $0.00 | $145,211.24 |

4. Summary of Disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---:|---:|---:|---:|---:|
| **Claim Amount** | $92,660.74 | $0.00 | $334,602.90 | $0.00 | $427,263.64 |
| **Principal Paid** | $15,098.74 | $0.00 | $0.00 | $56,259.67 | $71,358.41 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $500.00 and was paid $500.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $2,131.80 for expenses and $2,131.79 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: May 17, 2018

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

cc: BENITA W SCOTT

DANNY BRADFORD
PAUL D. BRADFORD, PLLC
455 SWIFTSIDE DR., STE. 106
CARY, NC 27518-7198

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: BENITA W SCOTT  CASE NUMBER: 1605196
DEBTOR 2 NAME:

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    5/18/2018    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ALLEGHENY CASUALTY COMPANY,AIA,PO BOX 9810,CALABASAS CA 91372
ALLEGHENY CASUALTY COMPANY,c/o: AMIE C. SIVON,RAGSDALE LIGGETT, PLLC,2840 PLAZA PLACE, SUITE 400 RALEIGH NC 27612
BENITA W SCOTT,9052 CHELSEA DRIVE,RALEIGH NC 27603
BROCK & SCOTT, PLLC,ATTN: NEIL D. JONAS, ESQ,5121 PARKWAY PLAZA DR, SUITE 300,CHARLOTTE NC 28217
DANNY BRADFORD,PAUL D. BRADFORD, PLLC,455 SWIFTSIDE DR., STE. 106,CARY NC 27518-7198
SPECIALIZED LOAN SERVICING, LLC,ATTN: OFFICER/BANKRUPTCY DEPARTMENT,8742 LUCENT BLVD.,SUITE 300 HIGHLANDS RANCH CO 80129
SYNCHRONY BANK,c/o: RECOVERY MANAGMENT SYSTEMS CORP.,25 SE 2nd AVE., STE. 1120,MIAMI FL 33131
THEODORE A. NODELL, JR.,NODELL, GLASS & HASKELL, LLP,5540 CENTERVIEW DR., STE 416,RALEIGH NC 27606
UNITED STATES DEPT. OF EDUCATION,CLAMS FILING UNIT,PO BOX 8973,MADISON WI 53708
US DEPT. OF EDUCATION-GREAT LAKES,ATTN:  MANAGER,PO BOX 790321,SAINT LOUIS MO 63179-0321
WELLS FARGO BANK, N.A.,SELECT PORTFOLIO SERVICING, INC.,ATTN:  OFFICER,PO BOX 65250 SALT LAKE CITY UT 84165-0250
WELLS FARGO BANK, N.A.,c/o: SPECIALIZED LOAN SERVICING, LLC,ATTN: OFFICER,PO BOX 636007 LITTLETON CO 80163
WELLS FARGO BANK, N.A.,serviced by SELECT PORTFOLIO SERVICING, INC.,ATTN: OFFICER/REMITTANCE PROC,PO BOX 65450 SALT LAKE CITY UT 84165

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    5/18/2018          Signature : _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134